FRANK DORATIO, Respondent, *v.* PERCY JACKSON, as Trustee in Bankruptcy of UNITED ENGINEERING AND CONTRACTING COMPANY, Appellant.

*Doratio* v. *Jackson*, 174 App. Div. 88, affirmed.

(Argued May 1, 1918; decided May 17, 1918.)

APPEAL from a judgment, entered June 24, 1916, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, sustaining plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, setting aside an order of the trial court granting a motion for a nonsuit, and directing reinstatement of the verdict in favor of plaintiff in an action under the Employers' Liability Act to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff was engaged as a labor foreman in road building. He received the injuries complained of through a premature explosion of dynamite. The negligence complained of was the failure to provide a suitable battery

for the work, and more particularly improper and negligent instructions in the use of the battery provided, which instructions made the use of the particular battery supplied exceedingly dangerous, it being alleged that the accident was caused by a detached wire of the battery having been blown against the battery, or by a circuit having been made in some other way which was unknown to the plaintiff, which resulted from the negligent instruction in the use of the particular battery. The defense was contributory negligence and assumption of risk.

*Clinton B. Gibbs* and *T. Tileston Wells* for appellant.
*Alfred W. Gray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.